IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: OHIO EXECUTION PROTOCOL  )
LITIGATION                     )
                               )   Case No. 2:22-mc-3981-ECM-SMD

## ORDER

This Motion to Quash (Doc. 1) is related to a subpoena issued in a case concerning death penalty litigation set in the Southern District of Ohio. Upon consideration of the Motion, it is

ORDERED that Cleveland Jackson and Stanley Fitzpatrick shall show cause, **on or before August 23, 2022,** why the Motion to Quash (Doc. 1) should not be granted. Movant John Hamm may file a reply **on or before August 30, 2022.** The Clerk of Court is DIRECTED to serve this Order on Allen L. Bohnert by email and first-class mail at the address set out in the certificate of service.

DONE this 9th day of August, 2022.

_____
Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE