## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **IN RE: OHIO EXECUTION PROTOCOL LITIGATION** | **Misc. Case No. 2:22-mc-3981**<br><br>**CHIEF JUDGE EMILY C. MARKS**<br><br>**CHIEF MAGISTRATE JUDGE STEPHEN M. DOYLE**<br><br>**DEATH PENALTY CASE**<br><br>***Next Execution Scheduled For March 15, 2023*** |

## Notice of Appearances

Assistant Federal Public Defenders Allen L. Bohnert and Adam M. Rusnak respectfully submit this Notice of Appearance for Plaintiffs Cleveland Jackson and Stanley Fitzpatrick in the above-captioned miscellaneous case. Attorney Bohnert is designated as Trial (Lead) Attorney, and Attorney Rusnak is designated as Co-Counsel.[1]

---

[1] Counsel have been advised by the clerk's office that neither admission to the Middle District of Alabama bar nor admission pro hoc vice is required for them to appear here, for the limited purpose of litigating this miscellaneous matter.

Respectfully submitted,

*/s/ Allen L. Bohnert*
**Allen L. Bohnert (Ohio 0081544)**
Assistant Federal Public Defender
Trial Attorney for Plaintiffs Jackson
and Fitzpatrick

*/s/ Adam M. Rusnak*
**Adam M. Rusnak (Ohio 0086893)**
Assistant Federal Public Defender
Co-Counsel for Plaintiffs

Office of the Federal Public Defender
for the Southern District of Ohio
Capital Habeas Unit
10 West Broad Street, Suite 1020
Columbus, Ohio 43215
614-469-2999
614-469-5999 (fax)
Allen_Bohnert@fd.org
Adam_Rusnak@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2022, I electronically filed the foregoing **Notice of Appearances** with the Clerk of the United States District Court for the Middle District of Alabama using the CM/ECF system, which will send notification of such filing to the email address on file for all parties.

*/s/ Allen L. Bohnert*
Trial Attorney for Plaintiffs Jackson and Fitzpatrick